## CORBIN v. STATE.

(Court of Criminal Appeals of Texas.　Dec. 11, 1912.)

CRIMINAL LAW (§ 1090*) — RECORD — QUESTIONS REVIEWABLE—DENIAL OF MOTION FOR NEW TRIAL.

Questions raised in a motion for new trial cannot be considered on appeal, where there is neither statement of facts nor bill of exceptions in the record.

[Ed. Note.—For other cases, see Criminal Law, Cent. Dig. §§ 2653, 2789, 2803–2827, 2927, 2928, 2948, 3204;  Dec. Dig. § 1090.*]

Appeal from Criminal District Court, Dallas County;  Barry Miller, Judge.

Tom Corbin was convicted of crime, and he appeals.  Affirmed.

C. E. Lane, Asst. Atty. Gen., for the State.

DAVIDSON, P. J.  Appellant was convicted of the offense of incest; his punishment being assessed at two years' confinement in the penitentiary.

There is neither a statement of facts nor bills of exception in the record.  The matters attempted to be raised in the motion for new trial cannot be considered in the absence of a statement of facts.

The judgment is therefore affirmed.